**Order entered August 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00878-CV

### T. CHRISTIAN COOPER, Appellant

### V.

### SANDERS H. CAMPBELL, RICHARD T. MULLEN, INC. D/B/A THE MULLEN COMPANY, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-15127**

## ORDER
Before Justices Lang-Miers, Evans, and Schenck

Before the Court is appellee's August 2, 2018 motion for rehearing. Pursuant to Texas Rule of Appellate Procedure 49.2, we request appellant file his response to the motion, if any, by August 31, 2018.

/s/     DAVID EVANS
           JUSTICE